IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 2M/3035002

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Neville Angus,

    Defendant.

motions filed by = 5/6/11
response = 5/11/11
motions = 6/9/11 @ 10am
Trial prep = 06/20/11 @ 1:30
Jury Trial = 6/30/11 @ 8am

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___ Initial Appearance     ___ Arraignment     ___ Sentencing     ___ Status

___ Administrative Review     ___ Show Proof     _X_ Other (_____)

The location, date and time set for the hearing is:

___ 212 N. Wahsatch, Suite 101
Colorado Springs, CO 80903

_X_ 901 19th Street, Rm. A-105
Denver, CO 80294

___ 1929 Stout St.
Denver, CO 80294

Appearance date: _____, at _____

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NLC
    Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: _____     Name: _____
                          (Please Print)
                          Address: _____

Phone: _____
Revised 3/17/09

Cleared on record