IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Criminal Action No. 11-mj-07004-MEH

UNITED STATES OF AMERICA,

      Plaintiff,

v.

NEVILLE B. ANGUS, JR.,

      Defendant.

## TRIAL PROCEDURES ORDER

The following procedures and orders supplement the Federal Rules of Criminal Procedure and the local rules of this court. In order to fairly and efficiently try the merits of this case, the following ORDERS apply.

**I.  Final Trial Preparation Conference with Trial Magistrate Judge**

The Trial Preparation Conference will be held on **June 28, 2011,** at **1:30 p.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

1. <u>Government's Proposals</u>: At or before the close of business (5:00 p.m. MST) on Friday, **June 24, 2011**, the government shall submit to the Court its proposed jury instructions, witness list, and exhibit list. Defendant is invited, but not required, to do the same. Stipulations as to authenticity and admissibility shall be set forth on the exhibit list.

2. <u>Objections</u>: Defendant shall be prepared to state any objection to the government's witness and exhibit lists in a clear and concise fashion, providing the evidentiary grounds for the objection and the legal authority supporting such objection, at the Trial Preparation Conference.

3. <u>Trial Briefs</u>: Both parties are invited to submit a trial brief to the Court, at or before the close of business on Friday, **June 24, 2011**. Trial briefs are limited to ten pages. Parties are free to include evidentiary issues as well as the substantive law governing the case.

4. Pre-Trial Motions: Defendant's motion to suppress is pending and will be heard at the motion hearing on **June 16, 2011**.

5. Filings: All filings with the Court shall be made electronically and shall also be emailed as an attachment in WordPerfect or Word format to *Hegarty_Chambers@cod.uscourts.gov*. The parties shall also bring two additional copies of all filings with them to the Trial Preparation Conference on January 27, 2011.

6. Proposed Voir Dire: As the Court has noted, the parties will be permitted approximately 15 minutes each for voir dire. In order to make this aspect of the trial more efficient, proposed voir dire questions that the parties propose the Court to ask shall be filed electronically under the Court's Electronic Filing Procedures and a copy e-mailed as an attachment in WordPerfect or Word format to *Hegarty_Chambers@cod.uscourts.gov* at or before the close of business on Friday, **June 24, 2011**. The Court reminds the parties that voir dire is permissive and not mandatory. The case will be heard by a jury of twelve, and each side retains three peremptory strikes in addition to strikes for cause.

## II.   Prior to Trial

1. Use of courtroom technology: At or before the close of business on Friday, **June 24, 2011**, counsel shall notify Cathy Coomes, the courtroom deputy, at (303) 335-2089, of any need for special accommodation for any attorney, party or witness, any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CD-ROM or other electronic presentation of evidence.

2. Jury instructions: The government's proposed instructions and proposed verdict form shall be filed electronically under the Court's Electronic Filing Procedures and a copy e-mailed as an attachment in WordPerfect or Word format to *Hegarty_Chambers@cod.uscourts.gov*. The email attachments shall contain two versions of proposed substantive jury instructions, one <u>with authority</u> and one <u>without authority</u>.

## III.   General Information

1. The courtroom deputy is Cathy Coomes, who can be reached at (303) 335-2089. Any questions concerning exhibits or courtroom equipment may be directed to her. The proceedings will be digitally recorded. Any request for transcripts should be directed to the courtroom deputy.

2. My law clerks are Kristina James and Nicole Salamander and can be reached at (303) 844-4507.

3. In jury trials, instructions are given after closing arguments. Copies of written instructions will be given to the jury for its deliberations.

4. Trial is set for one (1) day, to a jury, and will commence on **July 7, 2011**, at **9:00 a.m** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.[1]

5. The Trial Preparation Conference is set for **June 28, 2011**, at **1:30 p.m** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated at Denver, Colorado this 19th day of May, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

---

[1] If necessary, the trial will continue to a second day, July 8, 2011, commencing at 9:00 a.m.