# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>**(For a Petty Offense)** — Short Form |
| v. | CASE NUMBER:11-MJ-7004-MEH |
| NEVILLE B. ANGUS | MARK HANCHEY<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to counts 1 of the plea agreement.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13; C.R.S. § 42-4-1301(1)(b) | DRIVING WHILE ABILITY IMPAIRED | 04/16/2011 | 1 |

Defendant sentenced to 30 days jail; 29 days suspended; 12 months unsupervised probation; Level 1 Alcohol and Drug Awareness; 36 hours community service with 2 hours through MADD; and a fine of $200/10 to be paid 120 days from today. The defendant is allowed to complete the community service and Level 1 education in another state as long as the government approves it beforehand. The defendant is remanded immediately to the U. S. Marshals to serve one day of detention.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $10.00 | $200.00 | $0.00 |

07/05/2011
Date of Imposition of Judgment

s/Michael E. Hegarty
Signature of Judicial Officer

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

July 7, 2011
Date

DEFENDANT: NEVILLE B. ANGUS                                     CASE NUMBER: 11-mj-7004-MEH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
30 DAYS JAIL WITH 29 DAYS SUSPENDED

☒ The defendant shall surrender immediately to the United States Marshal for this district:

## RETURN

I have executed this judgment as follows:

Defendant delivered on_____to_____

at_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY _____

DEPUTY UNITED STATES MARSHAL